

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2020

No. 04-20-00234-CV

Kyle **BRATTON,**
Appellant

v.

**HOLT TEXAS, LTD** D/B/A Holt CAT and D/B/A Sitech-Tejas,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI05583
Honorable Norma Gonzales, Judge Presiding

## O R D E R

On July 20, 2020, after the court reporter filed a notification of late record, we ordered Appellant to provide written proof to this court that the record had been requested and the appropriate fee paid.

On August 3, 2020, Appellant filed a written response. Our July 20, 2020 order is satisfied.

The reporter's record is due on September 2, 2020. *See* TEX. R. APP. P. 35.3(c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court